IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID WATTS, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 4:13-cv-01176 |
| | § | |
| OIL PATCH WATER & SEWER | § | |
| SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF FACTS

Plaintiff David Watts alleges he is a misclassified former employee who was not paid overtime by Defendant Oil Patch Water & Sewer, LLC ("Oil Patch") during the course of his employment in accordance with the Fair Labor Standards Act, 29 U.S.C. § 209, et seq. (the "FLSA").

Oil Patch alleges Watts was exempted from the overtime pay requirements and provisions of the FLSA and that Oil Patch complied with all provisions of the FLSA.

The parties agree and stipulate to each of the following facts:

1. Oil Patch is engaged in the business of (1) selling and delivering bottled water for showers, washing, cooking and other mobile housing needs and (2) pumping and deposing of sewage from septic tank systems provided at various customer locations involved in the oil and gas industry.

2. Oil Patch is located in Victoria, Texas and conducts business operations in Texas, Arkansas, Louisiana and Oklahoma.

3. Oil Patch is an employer under the FLSA.

4. David Watts ("Watts") makes claims against Oil Patch under the FLSA.

5. Watts was employed by Oil Patch from October 1, 1012 through December 17, 2012 and worked out of Oil Patch's Marshall, Texas division.

6. Watts was a commercial truck driver for Oil Patch transporting sewage and his job duties included pumping and disposal of sewage from septic tank systems.

7. During his employment with Oil Patch, Watts drove a 2000 Freightliner and a 2005 International each with a gross weight of over 10,000 pounds while in transportation on highways.

8. Watts picked up the sewage sludge pumped from Oil patch customer drilling rig sites located in Texas cities Madisonville, Bedias, Leona and Carlos.

9. Watts delivered the sewage sludge to wastewater treatment plants at the City of Huntsville in Huntsville, Texas and at the City of Riverside in Riverside, Texas.

10. Phillips did not drive over state lines between October 1, 1012 and December 17, 2012.

11. During his employment with Oil Patch, Watts was paid a monthly salary of $3,200.00.

12. Watts's employment with Oil Patch was terminated by Oil Patch effective December 17, 2012.

Respectfully submitted,

*s/ Josh Sanford*
JOSH SANFORD
Texas Bar No. 24077858
Stanford Law Firm, PLLC
One Financial Center
650 South Shackleford, Suite 110
Little Rock, Arkansas 72211
Telephone: 501-221-0088
Facsimile: 888-787-2040
Email: josh@sanfordlawfirm.com

ATTORNEY FOR PLAINTIFF
DAVID WATTS

*s/ Juliann H. Panagos*
JULIANN H. PANAGOS
State Bar No. 06861100
Federal ID No. 9083
1401 McKinney Street, Suite 1700
Houston, Texas 77010
Telephone: 713-658-2323
Facsimile: 713-658-1921
E-mail: jpanagos@craincaton.com

MICHAEL D. SEALE
State Bar No. 00784938
Federal ID No. 18556
101 W. Goodwin, Suite 903
Post Office Box 2417

Victoria, Texas 77902-2417
Telephone: 713-752-8663
Facsimile: 713-425-7963
Email: mseale@craincaton.com

ATTORNEYS FOR DEFENDANT
OIL PATCH WATER & SEWER SERVICES, LLC

## CERTIFICATE OF SERVICE

I certify that a copy of the Stipulation of Facts was filed electronically with the Clerk via the CM/ECF system on the 19th day of June 2013. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system and by email.

VIA THE CM/ECF SYSTEM
VIA EMAIL: JOSH@SANDFORDLAWFIRM.COM

Josh Sanford
Stanford Law Firm, PLLC
One Financial Center
650 South Shackleford, Suite 110
Little Rock, Arkansas 72211

By: *s/ Michael D. Seale*
Juliann H. Panagos / Michael D. Seale