| United States District Court | | Southern District of Texas |
|---|---|---|
| David Watts, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-13-1176 |
| Oil Patch Water & Sewer Services, LLC, | § § § | |
| Defendant. | § | |

## Order on Briefing

By February 7, 2014, the parties may brief the court. (29)

Signed on February 3, 2014, at Houston, Texas.

Lynn N. Hughes
United States District Judge